# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

| | |
|---|---|
| JOSEPH CHARGING HAWK,<br><br>　　　　Plaintiff,<br><br>　v.<br><br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>Case No.: 07-cv-150-bbc |

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

This case is dismissed against defendant.

THERESA M. OWENS
_____
Theresa M. Owens, Clerk

/s/ Melissa Hardin
_____　　　　_____3/5/08_____
by Deputy Clerk　　　　　　　　　　　　　　　　　　　　　Date